838

No. 96–9257. TOROK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9258. TASSE v. MAYHUE CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–9259. TYLER v. CARNAHAN, GOVERNOR OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–9260. WOLFORD v. BURNS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–9261. CASTANEDA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9262. ALSTON v. NORTH CAROLINA. Super. Ct. N. C., Warren County. Certiorari denied.

No. 96–9263. ROSS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 96–9264. STARNS v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 96–9265. PORTILLO ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9266. SHAW v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–9267. COLBURN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9268. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9269. TOLIVER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–9270. PROPST v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 96–9271. BRUCE ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9272. SAMS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.